UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/15/2026____

Franklin Ivan Pastuna Pastuna,

                Petitioner,

        -against-

LADEON FRANCIS, in his official capacity as Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement;

TODD LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement;

KRISTI NOEM, in her official capacity as Secretary, U.S Department of Homeland Security;

PAMELA BONDI, in her official capacity as Attorney General of the United States;

U.S. DEPARTMENT OF HOMELAND SECURITY; and

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.

                Respondents.

26-CV-398

ORDER TO ANSWER, 28 U.S.C. § 2241

VALERIE CAPRONI, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The Court, having examined the Petition, hereby ORDERS that **no later than Friday, January 16, 2026, at noon,** Respondents shall file a letter with the following information:

    a. whether Petitioner was, as the Petition alleges, *see* ECF No. 1, ¶ 1, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y.

2025);

b. Petitioner's A-number and current place of detention;

c. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

d. a copy of any final order of removal; and

e. any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

The parties shall appear for a conference with the Court in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 on **Friday, January 16, 2026 at 3:00 p.m.**

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").  Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo.

2

Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

**SO ORDERED.**

**Dated: January 15, 2026**
      **New York, New York**

_____
      **VALERIE CAPRONI**
      **United States District Judge**

3