UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

FRANKLIN IVAN PASTUÑA PASTUÑA,

*Petitioner*,

v.

LADEON FRANCIS, *et al.*,

*Respondents.*

</td><td>

No. 26-cv-398 (VEC)

**RETURN TO HABEAS
PETITION**

</td></tr>
</table>

Under 28 U.S.C. § 2243, Respondents respectfully submit this Return, together with the accompanying Memorandum of Law in opposition to the Petition for Writ of Habeas Corpus ("Petition"), filed by petitioner Franklin Ivan Pastuña Pastuña ("Petitioner") (ECF No. 1), and the Declaration of Deportation Officer Michael Charles dated January 20, 2026.   The attached documents are taken from Petitioner's administrative files, as maintained by and provided to this Office by U.S. Immigration and Customs Enforcement ("ICE").

1.      Exhibit 1 is a Form I-213, Record of Deportable/Inadmissible Alien, dated March 19, 2024, with redactions by counsel of Petitioner's FBI Number and fingerprints.

2.      Exhibit 2 is a Form I-862, Notice to Appear, dated April 1, 2024.

3.      Exhibit 3 is an Interim Notice Authorizing Parole, dated April 8, 2024.

4.      Exhibit 4 is a Form I-200, Warrant for Arrest of Alien, dated January 15, 2026.

5.      Exhibit 5 is a Form I-213, Record of Deportable/Inadmissible Alien, dated January 15, 2026, with redactions by counsel of Petitioner's FBI Number and fingerprints.

6.      Exhibit 6 is a Form I-860, Notice and Order of Expedited Removal, dated March 19, 2024.

The facts contained in Exhibits 1 through 6, and in the Declaration of Deportation Officer Michael Charles dated January 20, 2026, and the law set forth in Respondents' Memorandum of Law in Opposition to the Petition, establish that Petitioner's detention is lawful.

WHEREFORE, Respondents respectfully request that the Court enter judgment denying the Petition.

Dated: New York, New York
      January 20, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By:    */s/ Jeremy M. Liss*
      JEREMY M. LISS
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2795
      Jeremy.Liss@usdoj.gov