U.S. Department of Homeland Security    Subject ID:392620453    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| PASTUNA PASTUNA, FRANKLIN IVAN | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| ECUADOR | A8459354, ECUADOR | CASE No:CAX2403000192 A249 131 707 | 65 | 118 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| 1729 MELVILLE ST BRONX, NEW YORK, 10460-2610 | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| 03/19/2024, 0212, 12 mile(s) E of CAL, PWA (AFOOT) | | ▉ | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| PUJILI, ECUADOR | PB |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 09/23/2000 | Age:23 | 03/19/2024 | ELC/CAX | CALEXICO, CA | 03/19/2024 0234 |

| City, Province (State) and Country of Birth | | | By |
|---|---|---|---|
| PUJILI, PUJILI, ECUADOR | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | JOEL BRAVO |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | I7A1 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #:1357640669      I77 #:16271439      DNA Envelope #:F3415632

Left Index Print      Right Index Print

**CREDIBLE FEAR CLAIM**

ARREST COORDINATES:
--------------------
Latitude:   32.677345
Longitude: -115.324211

CONSEQUENCE DELIVERY SYSTEM:
---------------------------
Classification: FIRA

JAVIER M SANCHEZ
Date: 2024.03.19 11:59:51 -07:00
0818439875.CBP
**JAVIER SANCHEZ**
**BORDER PATROL AGENT**
(Signature and Title of Immigration Officer)

03/19/2024    (Date/Initials)

Alien has been advised of communication privileges

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO A FILE ELC ELS | Officer: **JAVIER SANCHEZ** on: March 19, 2024 at 0957 (time) Disposition: Expedited Removal with Credible Fear Examining Officer |

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security                    Continuation Page for Form _____ I213

| Alien's Name<br>PASTUNA PASTUNA, FRANKLIN IVAN | File Number<br>A249 131 707<br>Event No:CAX2403000192 | Date<br>03/19/2024 |
|---|---|---|

```
SCARS, MARKS, AND TATTOOS:
--------------------------
TATTOO WRIST, RIGHT
TATTOO WRIST, LEFT

FATHER NAME AND ADDRESS:
------------------------
Nationality:ECUADOR PASTUNA, JUAN
SAS

MOTHER NAME AND ADDRESS:
------------------------
Nationality:ECUADOR PASTUNA, JOSEFINA
SAS

RECORDS CHECKED:
----------------
CIS Negative
ABIS Negative
EARM Negative
NCIC Negative
NGI Negative
TECS Negative


Other Family/Associates Not in Event:
----------
Father, PASTUNA, JUAN, ECUAD
Mother, PASTUNA, JOSEFINA, ECUAD

NARRATIVE:
----------
POINT OF CONTACT IN THE UNITED STATES:
Blanca Inalda Pastuna (Sister)
1729 MELVILLE ST
BRONX, NY, 10460-2610
(347) 398-7774



ENCOUNTER:
Border Patrol Agent JOEL BRAVO encountered FRANKLIN IVAN PASTUNA PASTUNA in the El Centro
Sector's area of responsibility, approximately 12 miles East of the Calexico Port of Entry.
Border Patrol Agent JOEL BRAVO determined the subject had unlawfully entered the United
States from Mexico, at a time and place other than as designated by the United States
Attorney General.  FRANKLIN IVAN PASTUNA PASTUNA admitted that he was in the United States
illegally.  After determining that the subject was an alien who illegally entered the
```

| Signature<br>JAVIER SANCHEZ | JAVIER M SANCHEZ<br>Date: 2024.03.19 11:59:56 -07:00<br>0818439875.CBP | Title<br>BORDER PATROL AGENT |
|---|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

**Continuation Page for Form** _____ I213 _____

| Alien's Name | File Number | Date |
|---|---|---|
| PASTUNA PASTUNA, FRANKLIN IVAN | A249 131 707<br>Event No:CAX2403000192 | 03/19/2024 |

United States, the subject was arrested at 0234 hours on 03/19/24 and transported to the El Centro Sector Processing Center for further processing using the E3/IDENT and IAFIS Systems.

IMMIGRATION/CRIMINAL VIOLATION:
At the El Centro Sector Processing Center, the subject was asked if he wanted to make a Sworn Statement as part of the Removal Proceedings. Service Form I-867A was read and explained to the subject. PASTUNA PASTUNA stated that he understood and was willing to answer questions and give a statement without the presence of an attorney. The subject stated that he is a citizen and national of Ecuador without the necessary legal documents to enter, pass through, or remain in the United States. The subject also stated that he illegally crossed the international boundary without being inspected by an Immigration Officer at a designated Port of Entry.

CONSULAR NOTIFICATION:
PASTUNA PASTUNA was notified of his right to communicate with a consular officer from Ecuador as per Article 36(a)(b) of the Vienna Convention of Consular Relations. PASTUNA PASTUNA acknowledged understanding the right but declined to speak with anyone at this time. PASTUNA PASTUNA further stated that he does not fear persecution or torture if returned to his country of citizenship.

The subject stated he came to the United States due to death threats.

DISPOSITION:
The subject is being processed for an Expedited Removal/credible fear  The subject was apprehended within 14 days of entering the United States and within 100 air miles of the United States / Mexico international boundary. PASTUNA PASTUNA claims and appears to be in good health.

SUBJECT IS A PRIORITY:2
During a sworn statement administered on 03/19/2024, the Subject admitted under oath that he unlawfully entered the U.S. near Calexico, California on 03/19/2024.

IMMIGRATION HISTORY: A249 131 707

CRIMINAL HISTORY: Subject does not have any criminal history. (FBI# █████ )

| Signature | | Title |
|---|---|---|
| JAVIER SANCHEZ | JAVIER M SANCHEZ<br>Date: 2024.03.19 12:00:00 -07:00<br>0818439875.CBP | BORDER PATROL AGENT |

3 of 3 Pages