U.S. Department of Homeland Security         Subject ID : 401259938         **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| PASTUNA PASTUNA, FRANKLIN IVAN | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| ECUADOR | A8459354 ECUADOR | NYC2601002415  249 131 707 | 65 | 118 | UNR |

| U.S. Address | Scars and Marks |
|---|---|
| 1729 MELVILLE ST BRONX, NEW YORK, 10460, | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| 03/19/2024 02:34, CAL, | | ▨ Single  □ Divorced  □ Married  □ Widower  □ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 09/23/2000        Age: 25 | 01/15/2026 | NYC/NYC | See I-831 | 01/15/2026 09:27 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted □ Not Lifted □ | By |
|---|---|---|---|
| PUJILI, ECUADOR | | | H13016 MEREJO |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| PASTUNA, JUAN NATIONALITY: ECUADOR | PASTUNA, JOSEFINA NATIONALITY: ECUADOR |

| Monies Due/Property in U.S Not in Immediate Possession | Fingerprinted? ☒ Yes □ No | Systems Checks See Narrative | Charge Code Word(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)/Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1357640669                  Left Index fingerprint                  Right Index fingerprint

Family Information
--------------------
Father:PASTUNA, JUAN is a citizen of  ECUADOR.
Mother:PASTUNA, JOSEFINA is a citizen of  ECUADOR.
Spouse:Subject is not married.
Child:Subject does not have children or dependents.

SCARS MARKS AND TATTOOS
--------------------------
TATTOO WRIST, LEFT - triangleTATTOO WRIST, RIGHT - triangle ...(CONTINUED ON I-831)

| | H13016 MEREJO |
|---|---|
| | Deportation Officer |
| Alien has been advised of communication privileges  1/15/26 HM (Date/Initials) | (Signature and Title of Immigration Officer) |

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| A-FILE | Officer: H13016 MEREJO |
| STATS | on: January 15, 2026                    (time) |
| | Disposition: Other |
| COPY | Examining Officer:    HAMPTON, L 3673 |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                                    Continuation Page for Form I-213

| Alien's Name PASTUNA PASTUNA, FRANKLIN IVAN | File Number 249 131 707 Event No: NYC2601002415 | Date 01/15/2026 |
|---|---|---|

Subject Health Status
----------------------
The subject claims good health.

Current Criminal Charges
------------------------
01/15/2026 - 8 USC 1182 - ALIEN INADMISSIBILITY UNDER SECTION 212

Current Administrative Charges
------------------------------
01/15/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
---------------
AFIS checked on 01/15/2026 with Positive result.CLAIM checked on 01/15/2026 with Positive result.EARM checked on 01/15/2026 with Positive result.NCIC checked on 01/15/2026 with Positive result.TECS checked on 01/15/2026 with Negative result.ABIS checked on 01/15/2026 with Positive result.CIS checked on 01/15/2026 with Negative result.IAFIS checked on 01/15/2026 with Positive result.

Arrested At/Near
----------------
26 Federal Plaza New York NY 10278 USA

Record of Deportable/Excludable Alien:
--------------------------------------
***The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a review of available electronic databases and computerized systems queries. ***

ENCOUNTER:
On January 15, 2026, PASTUNA PASTUNA, Franklin Ivan (DOB: 09/23/2000) (COB: Ecuador/ COC: Ecuador), A# 249 131 707 was encountered by Department of Homeland Security (DHS) Enforcement and Removal Operations (ERO) Officers and U.S. Border Patrol Agents inside the building of 26 Federal Plaza, 12th Fl, New York, NY 10278, after the Immigration Judge issued PASTUNA PASTUNA a continuance. PASTUNA PASTUNA is pending another immigration hearing and was taken into custody and escorted to the ICE-ERO processing area located at 26 Federal Plaza, New York, NY 10278 for further processing.

PROCESSING ENCOUNTER:
Processing Officers took custody of PASTUNA PASTUNA FRANKLIN at the 10th Floor Processing Center located at 26 Federal Plaza New York, NY 10278. Subject was processed accordingly.

ALIENAGE AND DEPORTABILITY/INADMISSIBILITY:
PASTUNA PASTUNA FRANKLIN is a national and citizen of ECUADOR.
PASTUNA PASTUNA FRANKLIN is removable from the United States pursuant to Section 212(a)(6)(A)(i)

IMMIGRATION HISTORY:
On March 19, 2024, PASTUNA PASTUNA FRANKLIN unlawfully entered the United States of America near PASO DEL NORTE, TX, from Mexico at a time and place other than as designated by the Secretary of Homeland Security.

| Signature H13016 MEREJO | Title Deportation Officer |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PASTUNA PASTUNA, FRANKLIN IVAN | 249 131 707<br>Event No: NYC2601002415 | 01/15/2026 |

On March 19, 2024, PASTUNA PASTUNA FRANKLIN was served with a Notice to Appear and placed in removal proceedings per Section 212(a)(6)(A)(i) of the INA and released on his own recognizance due to humanitarian reasons and a lack of detention space.

On January 15, 2026, PASTUNA PASTUNA FRANKLIN reported to the NYC ERO office pursuant to routine check in. Per Non detained AFOD, subject to be re-detained now that bedspace is available.

FAMILY HISTORY/DERIVATION ANALYSIS:

PASTUNA PASTUNA FRANKLIN claims that his father and mother are both citizens of ECUADOR. PASTUNA PASTUNA FRANKLIN claims neither parent has status in the United States. Based on this information provided by PASTUNA PASTUNA FRANKLIN, he does not derive United States citizenship.

APPLICATIONS:
A data-based search indicates that PASTUNA PASTUNA FRANKLIN. Record checks indicate that PASTUNA PASTUNA FRANKLIN does not have any other pending or approved applications with United States Citizenship and Immigration Services (USCIS) to include any U, T visa and VAWA applications.

PASTUNA PASTUNA FRANKLIN has filed a pending I-765 on February 13, 2025 receipt# IOE9058358340

CRIMINAL HISTORY:
FBI: ▉▉▉▉
FINS: 1357640669
PASTUNA PASTUNA FRANKLIN has no known criminal history in the United States.

DNA SAMPLE:
PASTUNA PASTUNA FRANKLIN's DNA was collected using DNA Collection Kit:

MEDICAL HISTORY:
PASTUNA PASTUNA FRANKLIN claimed that he is in good health and requires no prescription medication.

CONSULAR NOTIFICATION:
PASTUNA PASTUNA FRANKLIN was advised of his right to speak with a consular officer from his native country of ECUADOR.
PASTUNA PASTUNA FRANKLIN stated that he does not want his consulate to be notified.

IDENTIFICATION(S):
All USA / FOREIGN Identification(s) were placed in A-file.

PHONE CALL:
At approximately 10:30am hours, PASTUNA PASTUNA FRANKLIN was offered a phone call to which he called Elisa Pastuna at 929-681-4844 . The call lasted approximately five minutes.

GANG & TERRORISM AFFILIATIONS:
PASTUNA PASTUNA FRANKLIN stated he was not affiliated with any gangs or terrorist organizations.

MILITARY:
PASTUNA PASTUNA FRANKLIN stated that he has never served with any of the United States military branches.

FUNDS/PROPERTY:

| Signature | Title |
|---|---|
| H13016 MEREJO | Deportation Officer |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PASTUNA PASTUNA, FRANKLIN IVAN | 249 131 707<br>Event No: NYC2601002415 | 01/15/2026 |

Funds were inventoried under receipt No. 1494669 ($82.00).
Property was inventoried under receipt No. 1494670
Property was tagged using Baggage Check No. 0694736.

DISPOSITION:
PASTUNA PASTUNA FRANKLIN was processed as a T/Other Re- Arrest. On January 15, 2026, ICE-ERO
NYC executed Forms: I-200, DHS-1815, FD-249, and provided with the Online Detainee Locator
System (ODLS), Privacy Notice and a List of Pro Bono Legal Service Providers.

PASTUNA PASTUNA FRANKLIN was informed of the option to Incentivized Voluntary Departure, to
which he acceped.

Bedspace was approved by ERO NYC TRO SDDO.
Detainee email: FPastua@gmail.com
Detainee phone number: 646-832-5965


Other Identifying Numbers
-------------------------
ALIEN-249131707

| Signature | Title |
|---|---|
| H13016 MEREJO | Deportation Officer |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)