U .S. Department of Homeland Security | **Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY  Event No: CAX2403000192

File No: **A249 131 707**

Date: **March 19, 2024**

In the Matter of: **FRANKLIN IVAN PASTUNA PASTUNA**

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

**1. You are not a citizen or national of the United States;**

**2. You are a native of ECUADOR and a citizen of ECUADOR ;**

**3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;**

**4. to wit, on or about March 19, 2024, you illegally entered the United States at or near CALEXICO,  CA and were not inspected by an Immigration Officer.**

| | JAVIER M SANCHEZ<br>Date: 2024.03.19 11:16:58 -07:00<br>0818439875.CBP |
|---|---|
| **Border Patrol Agent** | |
| Name and title of immigration officer (Print) | Signature of immigration officer |

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

| | |
|---|---|
| Name and title of immigration officer (Print) | Signature of immigration officer |
| Name and title of supervisor (Print) | Signature of supervisor, if available |

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on _____
                                                                                                    (Date)

Signature of immigration officer

Form I-860 (Rev. 08/01/07)

U .S. Department of Homeland Security

## Notice and Order of Expedited Removal

### ACKNOWLEDGEMENT

I acknowledge receipt of this notification _____

Signature of alien

Form I-860 (Reverse)