UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2026
```

Franklin Ivan Pastuna Pastuna,

               Petitioner,

-against-

LADEON FRANCIS, in his official capacity as Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement;

TODD LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement;

KRISTI NOEM, in her official capacity as Secretary, U.S Department of Homeland Security;

PAMELA BONDI, in her official capacity as Attorney General of the United States;

U.S. DEPARTMENT OF HOMELAND SECURITY; and

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.

               Respondents.

26-CV-398

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 23, 2026, counsel for the parties appeared before the Court.

    IT IS HEREBY ORDERED that for the reasons articulated during the hearing, the Petition for Writ of Habeas Corpus at Dkt. 1 is GRANTED. Respondents are ordered to release Petitioner from custody **by 5:00 p.m. today, Friday, January 23, 2026**, and certify compliance via a letter on the docket **no later than 9:00 a.m. tomorrow, Saturday, January 24, 2026**.

IT IS FURTHER ORDERED that **no later than Tuesday, January 27, 2026**, Respondents must brief their authority, if any consistent with this Order, to (1) re-detain Petitioner without a valid exercise of discretion; (2) deny bond to Petitioner in any subsequent proceeding on the ground that he must be detained on these grounds absent a change in relevant circumstances; (3) invoke the automatic stay provision at 8 C.F.R. § 1003.19(i)(2) in the event that Petitioner is granted bond; or (4) impose other conditions of release or burdens on Petitioner's liberty, such as an ankle monitor.  Alternatively, Respondents can confirm — via the letter due no later than 9:00 a.m. tomorrow, Saturday, January 24, 2026 — that they will take none of those steps with respect to Petitioner without prior notice of at least one week to him and the Court.  If Respondents file a brief regarding their authority, Petitioner's response is due **no later than Thursday, January 29, 2026**.

**SO ORDERED.**

**Dated: January 23, 2026**
    **New York, New York**

_Valerie Caproni_
_____
**VALERIE CAPRONI**
**United States District Judge**