**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FRANKLIN IVAN PASTUNA PASTUNA,

                      Petitioner,                        26 **CIVIL** 398

        -against-                                    **JUDGMENT**

LADEON FRANCIS, in his official capacity
as Field Office Director of Enforcement and
Removal Operations, New York Field Office,
Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as
Acting Director, Immigration and Customs
Enforcement; KRISTI NOEM, in her official
capacity as Secretary, U.S Department of
Homeland Security; PAMELA BONDI, in her
official capacity as Attorney General of the
United States; U.S. DEPARTMENT OF
HOMELAND SECURITY; and EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW,

                      Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 28, 2026, judgment is entered in favor of Petitioner

Franklin Ivan Pastuna Pastuna. Petitioner's Motion for Attorney Fees at Dkt. 21 is DENIED

WITHOUT PREJUDICE; accordingly, the case is closed.

**DATED:** New York, New York
          May 7, 2026

                                **TAMMI M. HELLWIG**
                            _____
                                **Clerk of Court**

             **BY:**          *K. mango*

                                _____
                                **Deputy Clerk**